UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

*JS-6*

| Case No. | CV 16-3964-TJH/CR 12-0722-TJH | Date | NOVEMBER 22, 2017 |
|---|---|---|---|

| Title | CHRIS REPP v. UNITED STATES OF AMERICA |
|---|---|

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS -ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Order filed on July 27, 2017 [25] granting the motion to vacate and the re-sentencing of this defendant on November 22, 2017, and defendant has now been re-sentenced, the Court hereby orders this case is now dismissed.

IT IS SO ORDERED.

cc: all parties

JS-6